UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Judge Kapala

RECEIVED

AUG 1 8 2008

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

Willie S. Walker

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

County of Winnebago
State of Illinois
Prosecutor Combs
Prosecutor Granger

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 08 C 5 0 1 7 7
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

__X__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

b. ☐ Business, ☐ profession or ☐ other self-employment    ☐ Yes  ☒ No
Amount __N/A__ Received by __N/A__

c. ☒ Rent payments, ☐ interest or ☐ dividends    ☒ Yes  ☒ No
Amount __█ █ N/A__ Received by __N/A__

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐ Yes  ☒ No
Amount __N/A__ Received by __N/A__

e. ☐ Gifts or ☐ inheritances    ☐ Yes  ☒ No
Amount __N/A__ Received by __N/A__

f. ☐ Any other sources (state source: __N/A__ )    ☐ Yes  ☒ No
Amount __N/A__ Received by __N/A__

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ☐ Yes ☒ No    Total amount: __N/A__
In whose name held: __N/A__    Relationship to you: __N/A__

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐ Yes ☒ No
Property: __N/A__    Current Value: __N/A__
In whose name held: __N/A__    Relationship to you: __N/A__

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐ Yes ☒ No
Address of property: __N/A__
Type of property: __N/A__    Current value: __N/A__
In whose name held: __N/A__    Relationship to you: __N/A__
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☒ Yes ☐ No
Property: __VAN__
Current value: __$3000.00__
In whose name held: __MALIJIA WALKER__    Relationship to you: __Wife__

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents

_____
_____

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Violation of Rights dont Remember docket Number

B. Approximate date of filing lawsuit: 1998

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: ERNY HEINENGAY, AL WINSTEAD, Bill Hazel, SHERIFF MESSER, 3 other NAMES I dont Recall

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): 2nd District Eastern Division

F. Name of judge to whom case was assigned: Reighart

G. Basic claim made: Removel of Legal Documents From property And Segregation confinement.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Case Dismissed on grounds that I failed to state a claim.

I. Approximate date of disposition: 2000

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Willie S. Walker was tried by jury on March 13th and 14th of 2006, found guilty of said charge, filed motions for new trial Judge Pacliaska denied said motions. I Willie S. Walker appealed said conviction, conviction was over turned by Appeallate courts for violation of rights to procedural due process, constitutional violations of said defendant Willie S. Walker, by prosecutor Combs and Prosecutor Granger.

Revised 9/2007

WILLIE WALKER #115193

To Whom it may Concern                                  9/1/04

I, John Potter, can state that a Willie Walker living at 620 8th St. Apt. #7 Rockford, IL. has been working part-time doing apartment renovation at the above stated address and 806 N. Court Street Rockford, IL. for the past nine (9) months. He has been paid as a contractor at $9.00 per hour.

*[signature]*
John Potter
Landlord of 620 8th St. Rockford, IL.

Plus ~~garrage~~ Rentals Free Due to working on propertys

V.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

That I recieve $100 a day from August 5th 2004 to February 21st of 2008, or Till end of Resolved Matter. That charge get dismissed. loss of wages compensation damages for arrest or imprisonment. damages for discomfort, loss of time and deprivation of society., Malicious prosecution seeking compensatory damages for abuse of process.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __14th__ day of __August__, 20__08__

__Willie Walker__
(Signature of plaintiff or plaintiffs)

__Willie S. Walker__
(Print name)

__115193__
(I.D. Number)

__Winnebago County Jail__
__650 W. State St.__
__Rockford, ILL 61101__
(Address)

PRISONER CORRESPONDENCE FORM

Please fill out and return this form along with any other pleading you wish to submit to the court. It is your responsibility to keep the court advised of your current address in order for you to receive orders from the court. Failure to do so may result in dismissal of your case for want of prosecution. Once the Prisoner Correspondent records this information, this form will be destroyed.

**PLEASE PRINT**

1. Name: Willie    S.    Walker
   (First)    (Middle)    (Last)

   List Alias Names, if any: N|A

2. Any Current/Prior Prison ID Number(s): B11240
   Name of Prison(s): Menard Correctional Center

3. Jail ID Number(s): 115-193
   Name of Jail(s): Winnebago Correctional Jail

4. Date of Birth: 02/03/1970

5. Home Address (Do not use P.O. Box):
   Street Name and Number: 10978 East Fisher Road #12
   City, State and Zip Code: Rochelle, ILL 61068

