# FILED

10/10/2007
AUG 1 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Willie S. Walker
    Plaintiff

v.

Prosecutor Combs
Prosecutor Granger
County of Winnebago
State of Illinois
    Defendant(s)

08 C 50177
CASE NUMBER  04 CF 2576
JUDGE  MAGRAW

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, __Willie S. Walker__, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the (complaint)/petition/motion/appeal. In support of this petition/(application)/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒Yes    ☐No   (If "No," go to Question 2)
   I.D. # 115193    Name of prison or jail: Winnebago County Jail
   Do you receive any payment from the institution? ☐Yes ☒No  Monthly amount: N/A

2. Are you currently employed?    ☐Yes    ☒No
   Monthly salary or wages: N/A
   Name and address of employer: N/A

   a. If the answer is "No":
      Date of last employment: July 27th 2004
      Monthly salary or wages: $15 Hourly
      Name and address of last employer: Self Employed Landlord $9 Hrly
      620 8th St. Apt #7 Rockford, Ill 61104

   b. Are you married?    ☒Yes    ☐No
      Spouse's monthly salary or wages: Unknown  $10 Hourly
      Name and address of employer: Unknown  C.N.A Nursing Home Dixon, Ill

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages                                            ☐Yes    ☒No
      Amount  N/A           Received by  N/A

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 7/30/08

_Willie Walker_
Signature of Applicant

_WILLIE WALKER_
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _Willie J. Walker_ ID# _115193_, has the sum of $ _.05_ on account to his/her credit at (name of institution) _Winnebago Co. Jail_. I further certify that the applicant has the following securities to his/her credit: _N/A_. I further certify that during the past six months the applicant's average monthly deposit was $ _44.67_. (<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

7/31/08
DATE

_Cindy McGuire_
SIGNATURE OF AUTHORIZED OFFICER

_Cindy McGuire_
(Print name)

rev. 10/10/2007

-3-

# WINNEBAGO COUNTY SHERIFF'S OFFICE - CORRECTIONS
## Trust Accounting: Inmate Account Statement

### July 31, 2008

**Begin Date:** 02/01/2008
**End Date:** 07/31/2008

**Offender:** WALKER, WILLIE SILVA
**ID:** 115193
**SID:** 28243050
**Housing:** WINNEBAGO COUNTY CORRECTIONS FACILITY, 3RD FLOOR, UNIT-3F, 3F06,

**FBI ID:** 144126LA8
**SSN:** 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

## 110 CASH

| TransDate | Transaction | Amount | Balance | Check No | Payee | Comments |
|---|---|---|---|---|---|---|
| 02/01/2008 | STARTING BALANCE | | 0.00 | | | |
| 02/26/2008 | WILLIE WALKER | 20.00 | 20.00 | | MALINDA WALKER | malinda walker |
| 02/27/2008 | COMMISSARY PURCHASE | (18.63) | 1.37 | | | |
| 03/04/2008 | WILLIE WALKER | 20.00 | 21.37 | | MALINDA WALKER | MALINDA WALKER |
| 03/05/2008 | COMMISSARY PURCHASE | (16.85) | 4.52 | | | |
| 03/12/2008 | COMMISSARY PURCHASE | (3.95) | 0.57 | | | |
| 03/18/2008 | WILLIE WALKER | 20.00 | 20.57 | | MALINDA WALKER | MALINDA WALKER |
| 03/19/2008 | COMMISSARY PURCHASE | (13.65) | 6.92 | | | |
| 03/24/2008 | MONEYORDER | 10.00 | 16.92 | | WILLIAM BALLEN | |
| 03/26/2008 | COMMISSARY PURCHASE | (16.15) | 0.77 | | | |
| 03/31/2008 | WILLIE WALKER | 20.00 | 20.77 | | MALINDA WALKER | MALINDA WALKER |
| 04/02/2008 | COMMISSARY PURCHASE | (10.75) | 10.02 | | | |
| 04/09/2008 | COMMISSARY PURCHASE | (9.95) | 0.07 | | | |
| 04/15/2008 | WILLIE WALKER | 20.00 | 20.07 | | MALINDA WALKER | |
| 04/15/2008 | WALKER, WILLIE | 50.00 | 70.07 | | SHEILA WALKER | Sheila Walker, payer |
| 04/16/2008 | COMMISSARY PURCHASE | (19.71) | 50.36 | | | |
| 04/23/2008 | COMMISSARY PURCHASE | (22.35) | 28.01 | | | |
| 04/29/2008 | WILLIE WALKER | 18.00 | 46.01 | | JESSE JONES | |
| 04/29/2008 | WILLIE WALKER | 20.00 | 66.01 | | MALINDA WALKER | |
| 04/30/2008 | COMMISSARY PURCHASE | (20.55) | 45.46 | | | |
| 05/07/2008 | COMMISSARY PURCHASE | (22.60) | 22.86 | | | |
| 05/08/2008 | MONEY ORDER A17161673 ENTERED IN ERROR | (22.86) | 0.00 | | | Money order A17161673 for Sheila Walker was entered in error on Willie Walker's account on 4/15/08. |
| 05/27/2008 | WILLIE WALKER | 20.00 | 20.00 | | MALINDA WALKER | |
| 05/28/2008 | COMMISSARY PURCHASE | (15.90) | 4.10 | | | |
| 05/29/2008 | SEE COMMENTS | (4.10) | 0.00 | | | $4.10 removed due to money order error on 4/15/08. $23.04 still owed |
| 06/10/2008 | WILLIE WALKER | 30.00 | 30.00 | | MALINDA WALKER | |
| 06/10/2008 | SEE NOTES | (23.04) | 6.96 | | | money owed from money order error on 4/15/08 |
| 06/11/2008 | COMMISSARY PURCHASE | (5.90) | 1.06 | | | |
| 06/24/2008 | WILLIE WALKER | 30.00 | 31.06 | | MALINDA WALKER | |
| 06/25/2008 | COMMISSARY PURCHASE | (30.85) | 0.21 | | | |
| 07/03/2008 | COMMISSARY- INDIGENT | (0.21) | 0.00 | | | |
| 07/08/2008 | WILLIE WALKER | 20.00 | 20.00 | | MALINDA WALKER | |
| 07/09/2008 | COMMISSARY PURCHASE | (13.20) | 6.80 | | | |
| 07/16/2008 | COMMISSARY PURCHASE | (6.75) | 0.05 | | | |
| 07/21/2008 | WILLIE WALKER | 20.00 | 20.05 | | MALINDA WALKER | |
| 07/23/2008 | COMMISSARY PURCHASE | (11.10) | 8.95 | | | |

| 07/30/2008 | COMMISSARY PURCHASE | (8.90) | 0.05 |
|---|---|---|---|
| | Ending Balance | | 0.05 |